IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>PHONG T. DUONG and<br>OANH T. PHAM,<br><br>          Defendants. | 8:17CR312<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 81). The Court has reviewed the record in this case and finds as follows:

1. On August 28, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 57) pursuant to 16 U.S.C. § 3372(a)(2)(A), 16 U.S.C. § 3373(d)(2), 18 U.S.C. § 2, 18 U.S.C. § 371, and 21 U.S.C. § 853 and based upon defendant Phong T. Duong ("Duong") pleading guilty to Count I of the Indictment and admitting the forfeiture allegation and defendant Oanh T. Pham ("Pham") pleading guilty to Count IV of the Indictment and admitting the forfeiture allegation. Under the Preliminary Order of Forfeiture, Duong and Pham forfeited to the government any interest they had in a Crestliner fishing boat, Nebraska registration NB024ST (more particularly described as being 16 feet in length with a Hull Identification Number (NOR84816D202), which included the following equipment in, attached to, or part of the boat (the "Property"):

- an Eagle Tri-finder fish locator - Serial Number 10804248;
- a Humminbird 404SX fish locator with mount - Serial Number 7085332;
- a Lowrance Xl35 sonar with mount - Serial Number 103056490;
- a 75 horsepower Mercury four-stroke outboard motor - Serial Number 0T447190;
- a bow-mounted electric trolling motor; and

- a Yacht Club Model R1818 boat trailer, single axle, bearing identification number 4H100191910293703, last known bearing Nebraska license plate number XLR 727.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 7, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government filed a Declaration of Publication in this case on November 6, 2019 (Filing No. 80).

3. The Court's review of the file supports the government's assertion that no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 81) is granted.
2. All right, title and interest in and to the Property taken from the defendants, held by any person or entity are forever barred and foreclosed.
3. The Property is forfeited to the government.
4. The government is directed to dispose of the Property in accordance with law.

Dated this 7th day of November 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge